UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUNHAM RUBBER & BELTING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:20-cv-00440-TWP-MJD ) ) |
| PAYCHEX INSURANCE AGENCY, INC. and LANCE P. LITTLE, | ) ) ) |
| Defendants. | ) ) |

## ORDER DISMISSING LAWSUIT

The Court, having considered the Joint Stipulation of Dismissal submitted by all parties to this cause, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed against Paychex <u>with prejudice</u>, and against Little without prejudice, with the parties to bear their own costs, including attorneys' fees.

Date: 6/22/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**
Distributed to all counsel of record through
the Court's CM/ECF system.